

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Perin Parabia, an individual<br><br>Plaintiff,<br>V.<br><br>State Bank of Texas a Texas state-chartered bank, as successor-in-interest to the original lender; Chan Patel, an individual; DOES 1-50, inclusive<br><br>Defendant. | Civil Action No. 19-cv-00725-BEN-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants Motion to Dismiss filed September 4, 2019 is hereby GRANTED. The Complaint and all other pending motions are DISMISSEDWITH PREJUDICE.

| | |
|---|---|
| **Date:** 8/3/20 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ M. Exler<br><br>M. Exler, Deputy |